FILED ENTERED
LODGED RECEIVED

DEC 16 2009 RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

Summons issued SEA 31222

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD BACH,

Plaintiff,

v.

SERGIO BAMBAREN, a foreign individual; and HAY HOUSE, INC., a California corporation,

Defendants.

Case No. C09-1787RSL

**COMPLAINT FOR DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF**



**09-CV-01787-CMP**

## I. NATURE OF THE ACTION

1. This is an action for declaratory relief, damages, and to permanently enjoin the publication, advertisement, sale and any other distribution or dissemination of a book entitled *The Dolphin: Story of a Dreamer*, written by Defendant Sergio Bambarén ("Bambaren"), and published by Defendant Hay House, Inc. ("Hay House"), on grounds that it is an unauthorized copy and/or derivative work of the novel *Jonathan Livingston Seagull: a Story*, written by Plaintiff Richard Bach ("Bach").

2. *Jonathan Livingston Seagull* is one of the best-selling novels of all time. In 1972, it sold over a million hardcover copies, breaking a record previously set by *Gone with the Wind*, and it was number one on the *New York Times* best-seller list for over nine months. By 1975, including paperback sales, it had sold over nine million copies in the English language alone. Since then it has sold many millions of additional copies in the United States and the rest of the world, and it has been translated into more than forty languages.



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

3. Bambaren's book, *The Dolphin*, published by Hay House, infringes the copyrights in *Jonathan Livingston Seagull* because it copies the characters, theme, narrative arc, structure, format, mood, setting, pace, detailed plot, incidents and story line, dialogue and text of *Jonathan Livingston Seagull* in virtually every respect, and, in numerous key passages, identically and word-for-word.

4. Accordingly, Bach seeks a judgment and order from this Court declaring that *The Dolphin* infringes Bach's copyrights in *Jonathan Livingston Seagull* and his exclusive right to copy and/or create works derivative of *Jonathan Livingston Seagull*, permanently enjoining Defendants from publishing, advertising, selling or otherwise distributing or disseminating the infringing work, and any derivative works that also infringe Bach's copyright, and awarding Bach, at his election, actual damages and/or Defendants' profits, or statutory damages, along with prevailing party attorney's fees and costs incurred in this action.

## II. JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a) because this action arises in whole or in part under the copyright law of the United States.

6. This Court has personal jurisdiction over Defendants by virtue of their transacting, doing and soliciting business in this District, because a substantial part of the property and harms that are the subject of this action occurred or are situated here, and pursuant to Federal Rule of Civil Procedure 4(k)(2), and consistent with the United States Constitution, the laws of the United States, and other applicable laws.

7. Venue in the Western District of Washington is proper pursuant to 28 U.S.C. §§ 1391(b), (c) & (d) and 1400(a).

## III. THE PARTIES

8. Plaintiff Richard Bach is the acclaimed author of numerous works including *Illusions: The Adventures of a Reluctant Messiah, Stranger to the Ground, Biplane, Nothing by Chance, There's No Such Thing as Far Away, A Gift of Wings, The Bridge Across Forever, One,*



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

*Running from Safety*, *Hypnotizing Maria*, and, most relevantly, *Jonathan Livingston Seagull.* He is a resident of the State of Washington, residing near Eastsound, Washington, in the Western District of Washington.

9. Defendant Sergio Bambarén is a foreign citizen who resides in or near Lima, Peru. He is the author of *The Dolphin*. According to his website, www.sbambaren.com, he was born in Lima, Peru in 1960, and was educated at a British high school before attending Texas A&M University, where he received a degree in Chemical Engineering.

10. Defendant Hay House, Inc. is a California corporation with its principal place of business at 2776 Loker Avenue W., Carlsbad, California 92010. Hay House is the United States publisher of *The Dolphin.*

## IV. FACTUAL BACKGROUND

### ***Jonathan Livingston Seagull: A Story***

11. Bach's novel, *Jonathan Livingston Seagull: A Story* ("*JLS*") was first published in the United States in 1970, followed by numerous later editions and re-printings both in English and in over forty foreign languages.

12. Copies of the valid and subsisting copyright registrations to *Jonathan Livingston Seagull* held by Bach are attached as Exhibit A.

13. Bach has gone to great lengths to preserve and protect the artistic and spiritual integrity of *Jonathan Livingston Seagull* and to police and uphold the copyrights in his book.

### ***The Dolphin: Story of a Dreamer***

14. Bambaren's novel, *The Dolphin: Story of a Dreamer* ("*Dolphin*") was originally self-published by Bambaren and printed by McPhersons Printing Group in Victoria, Australia in 1995.

15. *Dolphin* was first published by Defendant Hay House in the United States in a small hardcover edition release in 1997.

16. *Dolphin* was re-released by Hay House in the United States in a substantially larger paperback edition release in 2008.



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

17. According to Bambaren's blog, www.sergiobambarenblog.com, he wrote *The Dolphin* after having a "kind of catharsis" on a beach north of Lisbon.

18. In Bambaren's words, ". . . one night I had some kind of catharsis: suddenly I felt a strong impulse to open my lap-top and start writing. Four weeks later, when I finished writing what I had to write, I closed my laptop." (http://www.sergiobambarenblog.com/?p=24).

19. According to Hay House's website, www.hayhouse.com, *The Dolphin* has sold "more than 10 million copies sold worldwide." (www.hayhouse.com/details.php?id=3704)

**Substantially Similar Characters**

20. The hero of *JLS*, Jonathan Livingston Seagull, is an anthropomorphic animal character with a three-part, eight-syllable name, including a formal middle name ("Livingston"), and a surname that identifies the type of animal he represents.

21. Similarly, the hero of *Dolphin*, Daniel Alexander Dolphin, is an anthropomorphic animal character with a three-part, eight-syllable name, including a formal middle name ("Alexander"), and a surname that identifies the type of animal he represents.

22. Jonathan Livingston Seagull's student, Fletcher Lynd Seagull, has a three-part name, again including a surname that identifies the type of animal he represents.

23. Similarly, Daniel Alexander Dolphin's student, Michael Benjamin Dolphin, has a three-part name, again including a surname that identifies the type of animal he represents.

24. Jonathan Livingston Seagull is a nonconformist who has a unique vision that transcends the conventional wisdom of his society. Jonathan expresses his nonconformity through diligent practice and achievement of excellence at a skill – flying – that all seagulls possess to some degree but which they fail to develop.

25. Similarly, Daniel Alexander Dolphin is a nonconformist who has a unique vision that transcends the conventional wisdom of his society. Daniel expresses his nonconformity through diligent practice and achievement of excellence at a skill – surfing – that all dolphins possess to some degree but which they fail to develop.



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

**Substantially Similar Theme and Narrative Arc**

26. The theme of both *JLS* and *Dolphin* is that to achieve our real nature and the true purpose of our lives, we need to pursue the activities that we love and set aside the things that limit us. This theme is personified in the characters of Jonathan Livingston Seagull and Daniel Alexander Dolphin, who each find and follow a higher purpose for living than mere survival.

27. In *JLS*, Jonathan Livingston Seagull pursues the activity he loves – flying – as an end in itself and is forced to leave his society because he violates the rules of the Flock. He then goes on a quest to pursue flying for its own sake and to discover his true self. In the course of his journey he is enlightened both by his own experiences and by the teachings of wise elders and other characters whom he meets along the way. He then returns to the Flock to share what he has learned. After he shares his message with those who are receptive to it, he vanishes into the air, leaving behind his students and followers to carry his message forward.

28. Similarly, in *Dolphin*, Daniel Alexander Dolphin pursues the activity he loves – surfing – as an end in itself and leaves his society when he is rejected for violating the rules of the Pod. He then goes on a quest to pursue surfing for its own sake and to discover his true self. In the course of his journey he is enlightened both by his own experiences and by the teachings of wise elders and other characters whom he meets along the way. He then returns to the Pod to share what he has learned. After he shares his message with those who are receptive to it, he vanishes into the sea, leaving behind his students and followers to carry his message forward.

**Substantially Similar Structure and Format**

29. The structure and format of *JLS* and *Dolphin* are substantially similar. The full title of JLS is ***Jonathan Livingston Seagull: A Story.*** Similarly, the full title of ***Dolphin*** **is** ***The Dolphin: Story of a Dreamer.***

30. The book jacket of *JLS* is a photograph of a single seagull. Similarly, the book jacket of *Dolphin* is a photograph of a single dolphin.

31. The text on the *JLS* book jacket states that **"there's more to this whole *living* thing than meets the eye . . ."** The text on the *Dolphin* book jacket states that **"there is more to**



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

**life than meets the eye** . . ."[1]

32. The dedication page of *JLS* says, **"To the real Jonathan Seagull who lives within us all."** The dedication page of Dolphin says, **"To the dreamer within us all."**

33. *JLS* opens with a photograph showing the sun rising over a calm ocean. *Dolphin* also opens with a photograph showing the sun rising over a calm ocean.

34. *JLS* is a short work of 93 numbered pages, consisting of Part One, Part Two and Part Three. Similarly, *Dolphin* is a short work of 89 numbered pages, consisting of Part One, Part Two and Part Three.

35. Part One of *JLS* is Jonathan Livingston Seagull's life with and rejection by the Flock. Part One of *Dolphin*, likewise, is Daniel Alexander Dolphin's life with and rejection by the Pod.

36. Part Two of *JLS* is Jonathan Livingston Seagull's journey and learning from travels to distant places and meeting others. Part Two of *Dolphin*, likewise, is Daniel Alexander Dolphin's journey and learning from travels to distant places and meeting others.

37. Part Three of *JLS* is Jonathan Livingston Seagull's return to the Flock, teaching, and disappearance. Part Three of *Dolphin*, likewise, is Daniel Alexander Dolphin's return to the Pod, teaching, and disappearance.

38. Both works are illustrated with full-page, black and white photos showing the animal character (Jonathan Livingston Seagull, Daniel Alexander Dolphin) on his quest. The seagull photos naturally show an airborne Jonathan often with the sky as backdrop. A number of the dolphin photos also show an airborne Daniel with the sky as backdrop.

**Substantially Similar Mood, Setting, and Pace**

39. The mood, setting, and pace of *JLS* and *Dolphin* are substantially similar. Both works create and evoke a mood of yearning for excellence and individual enlightenment which is

[1] In this Complaint, the references and page citations to *JLS* refer to the original hardcover edition first published by Macmillan Company in 1970, and the corresponding references and page citations to *Dolphin* refer to the paperback edition first published by Hay House in 2008.



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

commonly suppressed by conformity to group practice, and satisfy the wish for the outnumbered individual's ideas and practice to prevail and break the tyranny of society's rules and dogma.

40. The setting of both works is the medium natural to the hero's species (the sky, the sea) against the background of the cultural construct of the hero's society (the Flock, the Pod).

41. The pace of the works is also almost identical. In each work, the hero begins by briefly pursuing the activities of his society. He then has a swift epiphany about the necessity of pursuing the thing he loves. He is promptly ostracized, and then leaves his society and goes on an extended journey of self-discovery. After numerous adventures, the hero then returns and spends a relatively short time teaching what he has learned, and then disappears forever. Both works then end with a brief discussion of the hero's legacy and of how his message will be carried forward by his students and followers.

**Copying of Detailed Plot, Incidents, and Story Line**

42. The details of plot, incidents, and story line of *JLS* and *Dolphin* are substantially similar. In each work: (1) the hero (Jonathan Livingston Seagull, Daniel Alexander Dolphin) considers, and then through diligent practice discovers, a new realm of possibility in his species' traditional activity (flying, swimming); (2) the hero is then discouraged from his nonconformist attitude by his society (the Flock, the Pod) and urged to conform; (3) the hero's avid pursuit of the activity he loves (to fly, to surf) overcomes his allegiance to the norms of his society (the Law of the Flock, the Law of the Pod); (4) the hero then leaves the group and pursues a solitary search for skill and self-knowledge; (5) through his quest the hero gains a higher understanding of his true purpose from his interactions with others who share their wisdom and demonstrate their own special skills (skilled fliers, skilled surfers); (6) the hero then returns to his society and shares what he has learned with a now more accepting society; (7) after the hero has shared his message, he disappears (into the sky, into the sea); and (8) each work ends with the hero's students and followers carrying his message forward.

43. *Dolphin* and *JLS* each develop these common details of plot, incidents and story line through the following sequence of scenes and events:



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

| *JLS* | *Dolphin* |
|---|---|
| Quiet morning sea | Quiet morning sea |
| Seagull practicing flight to exhaustion | Dolphin practicing surfing to exhaustion |
| More than all else, Jonathan loved to fly | More than all else, Daniel loved to surf |
| Jonathan wanted to share what he had learned | Daniel wanted to share what he had learned |
| This brought problems with the Flock | This brought problems with the Pod |
| They didn't understand his motives | They didn't understand his motives |
| They make case against flying | They make case against surfing |
| Parents appeal to him to quit his flying | Friend appeals to him to quit his surfing |
| He is banished by the Flock | He decides to leave the Pod |
| He is lonely, but has no regrets | He is lonely, but has no regrets |
| He learns to fly better than ever before | He learns to surf better than ever before |
| He meets two skillful gulls | He meets two skillful surfers |
| He returns to the Flock | He returns to the Pod |
| He teaches others | He teaches others |
| He disappears into the air | He disappears into the sea |
| His student carries on his legacy | His student carries on his legacy |
| Student promises to teach him when they meet again someday | Student promises to teach him when they meet again someday |

44. These details of the plot and story line of *JLS* and *Dolphin* are rendered in a series of scenes and events that correspond virtually point-by-point, often using exactly the same words and phrases at pivotal junctures in the narrative. For example:

a) *JLS* and *Dolphin* each begin with a quiet morning sea:

*JLS* (p. 13): **"It was morning and the new sun sparkled gold across the ripples of an empty sea."**

*Dolphin* (p. 3): **"The first rays of the morning sun filtered gently . . . in the middle of a deep blue sea."**

b) Jonathan Livingston Seagull and Daniel Alexander Dolphin both practice the activity they love (flying, surfing) to the point of exhaustion, but they are both happy:

*JLS* (p. 27): **"He discovered the loop, the slow roll, the point roll, the inverted spin, the gull bunt, the pinwheel. When Jonathan Seagull joined the Flock on the beach, it was full night. He was dizzy and terribly tired. Yet in delight he flew a loop to landing . . ."**

*Dolphin* (p. 3): **"[T]he lone dolphin managed a beautiful cutback and exited the wave with a magnificent pull-out. He decided that this would be the last wave he'd surf this morning, so he swam into the island's lagoon, exhausted but happy."**



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

c) Jonathan and Daniel love the activity (flying, surfing) more than anything else:

*JLS* (p. 14): **"More than anything else, Jonathan Livingston Seagull loved to fly."**

*Dolphin* (p. 4): **"Indeed, more than anything else, Daniel Dolphin loved to surf."**

d) Jonathan and Daniel both spend whole days pursuing the activity (flying, surfing) as an end in itself, and not just a means to an end; they do it for its own sake and not simply as a means to get food and survive:

*JLS* (p. 14): **"Jonathan spent whole days alone, making hundreds of low-level glides, experimenting."**

*Dolphin* (p. 10): **"He spent whole days surfing the reef . . ."**

e) And:

*JLS* (p. 14): **"I just want to know what I can do in the air and what I can't, that's all."**

*Dolphin* (p. 6): **"I just want to know what I can learn from the sea and surfing. That's all."**

f) And

*JLS* (p. 54): **"[T]here is more to life than eating, or fighting, or power in the Flock"**

*Dolphin* (p. 4): **"[T]here was more to life than fishing and sleeping."**

g) Jonathan and Daniel both want to share with their group (the Flock, the Pod) what they have discovered from their days of practice:

*JLS* (p. 27): **"When they hear of it, he thought, of the Breakthrough, they'll be wild with joy. How much more there is now to living! Instead of our drab slogging forth and back to the fishing boats, there's a reason to life! We can lift ourselves out of ignorance, we can find ourselves as creatures of excellence and intelligence and skill. We can be free!"**

*Dolphin* (p. 10): **"'If only I could find a way to show them the freedom I feel when surfing,' he said to himself, 'Maybe they would realize how important it is to follow your dreams.'"**

h) Jonathan's and Daniel's families and friends beg them to conform and to focus on simply living to eat and survive:



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

*JLS* (pp. 14-15): **"'Why, Jon, *why*,' his mother asked. 'Why is it so hard to be like the rest of the flock, Jon?' . . . '<u>If you must study, then study food, and how to get it</u>.'"**

*Dolphin* (p. 6): **"Michael Benjamin Dolphin, Daniel's best friend, came to him and asked, 'What do you think you're doing, Daniel? Why are you risking your life in the reef? . . . <u>Why don't you spend your time catching more fish</u> instead of wasting it surfing the reef.'"**

i) Jonathan and Daniel are both told that some day they will realize that they must act responsibly and conform to the rules of their societies:

*JLS* (p. 34-35): **"'[O]ne day, Jonathan Livingston Seagull, you shall learn that irresponsibility does not pay.'"**

*Dolphin* (p. 7): **"'Someday, Daniel, you'll grow up and see things the way the rest of the pod sees them.'"**

j) By refusing to conform to a life of struggle for survival and devoting themselves instead to the activities they love (flying, surfing), Jonathan and Daniel both violate the rules of their societies (the Law of the Flock, the Law of the Pod):

*JLS* (pp. 77, 78, 83): **"<u>the Law of the Flock</u>"**

*Dolphin* (p. 22): **"<u>the Law of the pod</u>"**

k) And:

*JLS* (p. 15): **"Don't you forget that <u>the reason you fly is to eat</u>."**

*Dolphin* (p. 6): **"[I]nstead of fishing to live, <u>they now live to fish</u>."**

*Dolphin* (p. 73): **"[T]he <u>reason to live was to fish</u> as much as we could."**

l) Instead of conforming to the laws of their groups, Jonathan and Daniel choose to follow their own paths:

*JLS* (p. 35): **"Who is more responsible than a gull who finds and <u>follows a meaning, a higher purpose in life</u>?"**

*Dolphin* (p. 6): **"What can be more important <u>in life</u> than to <u>follow your dreams</u> ..."**

m) Because Jonathan and Daniel refuse to fit in and insist on pursuing what they love, they are compelled to leave:



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

*JLS* (p. 34): **"'Jonathan Livingston Seagull,' said the Elder, 'Stand to Center for Shame in the sight of your fellow gulls!' . . . To be centered for shame meant that he would be cast out of gull society, banished to a solitary life on the Far Cliffs . . ."**

*Dolphin* (p. 24): **". . . he would leave the Pod, but this time he would not return."**

n) After leaving, Jonathan and Daniel are lonely and isolated, but they do not regret leaving their groups behind to pursue their goal:

*JLS* (p. 36): **"What he had once hoped for the Flock, he now gained for himself alone; he learned to fly, and was not sorry for the price that he had paid."**

*Dolphin* (p. 8): **"He had chosen to live his life based on his own principles, and although he was sometimes lonely, he had no regrets."**

o) After Jonathan and Daniel leave, they keep practicing and improving the skills they love (flying, surfing):

*JLS* (p. 53): **"In the days that followed, Jonathan saw that there was as much to learn about flight in this place as there had been in the life behind him."**

*JLS* (p. 60): **"Jonathan learned at a tremendous rate."**

*Dolphin* (10): **"Daniel learned fast in the days and weeks that followed."**

p) Jonathan and Daniel also both wonder if there might be others like them who might learn and find a higher purpose, too:

*JLS* (p. 62): **"[H]e couldn't help but think that there might be one or two gulls back on Earth who would be able to learn, too. How much more would he have known by now if Chiang had come to him on the day that he was Outcast!"**

*Dolphin* (p. 25): **"This made him think that he should stay a little longer, just in case there was someone like him, also trying to find a higher purpose in life."**

q) Jonathan and Daniel push themselves to their limits, improving their technique (flying, surfing) and reaching levels of skill never reached before. By ignoring limits imposed by others, they discover their true nature and "higher purpose" in life:

*JLS* (p. 76): **"[P]recision flying is a step toward expressing our real nature. Everything that limits us we have to put aside. That's why all this high-speed practice, and low-speed, and aerobatics . . ."**



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

*Dolphin* (pp. 22-23): **"He understood what all the practice, all the hours spent improving his technique and increasing his confidence and strength had been for. He had to take the big leap into the unknown, far away from the safety of the reef, to go to a place in the world where the rules that governed the pod no longer had significance or value. In order to find the real purpose of his life, Daniel Dolphin had to set aside everything that limited him."**

r) And:

*JLS* (p. 35): **"[A] gull who finds and follows a meaning, a higher purpose for life?"**

*Dolphin* (p. 25): **"[S]omeone like him, also trying to find a higher purpose in life."**

*Dolphin* (p. 72): **". . . his dream to find a higher purpose in life"**

s) Jonathan and Daniel both proceed through a series of stages, teachers and realizations as they move from one level of development and understanding to the next:

*JLS* (p. 47): **"But you can, Jonathan. For you have learned. One school is finished, and the time has come for another to begin."**

*Dolphin* (p. 14): **"You have learned well, Daniel, and a new stage of life will now begin"**

t) And:

*JLS* (p. 47): **"[S]o understanding lighted that moment for Jonathan Seagull. They were right. He could fly higher, and it was time to go home."**

*Dolphin* (p. 23): **"[N]ow understanding lit Daniel's heart and he realized . . ."**

u) And:

*JLS* (p. 26): **"His thought was triumph. 'Terminal velocity!'"**

*JLS* (p. 59): **"Good!" said Chiang, and there was victory in his voice.**

*Dolphin* (p. 23): **"[T]here was triumph in his voice."**

v) Jonathan and Daniel both encounter wise teachers who come from far away and somehow already know Jonathan and Daniel (even though they haven't met before) and who share their wisdom in words that are "strong and calm":

*JLS* (p. 46): **"They came in the evening, then, and found Jonathan gliding peaceful and alone through his beloved sky . . . 'Very well,' [Jonathan] said, 'who are you?' 'We're from your Flock, Jonathan. We are your brothers.'"**

*Dolphin* (p. 45): **"The old dolphin's expression quickly changed. 'Are you the one looking for the perfect wave?' he asked . . . Daniel couldn't believe what he was hearing. 'How do you know that?'"**



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

w) And:

*JLS* (p. 46): **"The words were strong and calm."**

*Dolphin* (p. 45): **"The words were strong and calm."**

x) Jonathan and Daniel each hear a "voice" at one point that startles him and causes him to lose his balance:

*JLS* (p. 64): **"The voice came inside his own head, and though it was very gentle, it startled him so much that he faltered and stumbled in the air."**

*Dolphin* (p. 10): **"[S]uddenly, he heard a voice . . . In his confusion, Daniel lost his balance and almost got washed in to shore."**

y) After Jonathan and Daniel develop the skills they love (flying, surfing) to a high level, they both encounter others who are also unusually skilled at that activity (two seagulls, two surfers), and they both then put these others to a test, which the others pass:

*JLS* (p. 46): **"Jonathan put them to his test . . . They dropped with him, streaking down in flawless formation."**

*Dolphin* (p. 61): **"Daniel Dolphin decided to put them to the test . . . Daniel performed his best maneuvers before pulling out of the wave. The strange surfer matched Daniel's abilities."**

z) And:

*JLS* (p. 46): **"The two radiant birds slowed with him, smoothly . . . They knew about slow flying."**

*Dolphin* (p. 61): **"[T]hese creatures knew how to surf."**

aa) After acquiring wisdom and perfecting their skills, Jonathan and Daniel both decide they must then return to the groups they left (the Flock, the Pod) to share what they have learned:

*JLS* (p. 77): **"Jonathan said the time had come to return to the Flock."**

*JLS* (p. 34): **"I want only to share what I've found . . ."**

*Dolphin* (p. 69): **"Daniel Dolphin felt that it was time to go back . . . It was time to share the truth he had found with the pod."**

bb) Their followers say Jonathan and Daniel are special, but they (or the narrators) disagree and say that they are no more special than anyone else:



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

*JLS* (p. 83): **"You are special and gifted and divine, above other birds."**

*Dolphin* (p. 71): **"That's probably because you're special. . ."**

cc) And:

*JLS* (p. 83): **Jonathan answers, "'Look at Fletcher! Lowell! Charles-Roland! No more than you are, no more than I am. The only difference, the very only one, is that they have begun to understand what they really are and have begun to practice it.'"**

*Dolphin* (p. 69): **Bambaren writes that Daniel "was a dolphin like any other, but with one big difference: He had chosen to follow his dream by believing in himself."**

dd) Jonathan and Daniel both learn then teach that to find our real nature and purpose, we must set aside the things that limit us and practice what we love:

*JLS* (p. 76): **"[P]recision flying is a step toward expressing our real nature. Everything that limits us we have to put aside. That's why all this high-speed practice, and low-speed, and aerobatics . . ."**

*JLS* (p. 83): **"[W]hatever stands against that freedom must be set aside, be it . . . limitation in any form."**

*Dolphin* (pp. 22-23): **"He understood what all the practice, all the hours spent improving his technique and increasing his confidence and strength had been for . . . In order to find the real purpose of his life, Daniel Dolphin had to set aside everything that limited him."**

ee) And:

*JLS* (p. 55): **"'You will begin to touch heaven, Jonathan, in the moment that you touch perfect speed.'"**

Dolphin (p. 15): **"[Y]ou will find the true purpose of your life the day you surf the perfect wave."**

ff) After Jonathan and Daniel have taught and shared what they have learned, they both disappear:

*JLS* (p. 92): **"A moment later Jonathan's body wavered in the air, shimmering, and began to go transparent . . . The shimmering stopped. Jonathan Seagull had vanished into empty air."**

*Dolphin* (p. 75): **"Then one day Daniel Dolphin] disappeared into the vastness of his beloved sea."**

gg) After Jonathan and Daniel disappear, their students and followers carry on their message of transcending limits and finding a higher purpose in life:



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

*JLS* (p. 93): **"After a time, Fletcher Gull dragged himself into the sky and faced a brand-new group of students, eager for their first lesson."**

*Dolphin* (p. 75): **"The seed of dreaming had been sown in their souls, and they knew that one day they would also find their way to turn dreams into reality"**

hh) And:

*JLS* (p. 92): **"You need to keep finding yourself . . .<u>that real, unlimited Fletcher Seagull</u>."**

*Dolphin* (p. 81): **"He had finally rediscovered who he was, <u>the real Michael Dolphin</u>"**

ii) At the end, Jonathan's and Daniel's prize students both say that they will meet their teachers (Jonathan, Daniel) again some day and teach them "a thing or two":

*JLS* (p. 93): **Jonathan's prize student, Fletcher Lynd Seagull, says "<u>Well then</u>, the time's not distant when <u>I'm going to</u> appear out of thin air on your beach, and <u>show you a thing or two about flying</u>!"**

*Dolphin* (p. 81): **Daniel's prize student, Michael Benjamin Dolphin, says "<u>Well then</u> . . . I will find you one day, Daniel, and <u>I will</u> <u>teach you a thing or two</u> <u>about surfing</u>!"**

jj) Both of the works end with Jonathan's and Daniel's prize students, Fletcher Lynd Seagull and Michael Benjamin Dolphin, starting their own journeys similar to the journeys of Jonathan Livingston Seagull and Daniel Alexander Dolphin:

*JLS* (p. 93, end of chapter): **"His race to learn <u>had begun</u>."**

*Dolphin* (p. 75, end of chapter): **"[T]heir journey to the land of dreams <u>had begun</u>."**

**<u>Verbatim Copying of Dialogue and Text from *JLS*</u>**

45. In addition to these point-for-point correspondences in the plots, incidents and story lines of *JLS* and *Dolphin* and the words and phrases used to describe them, there are several dozen passages of text and dialogue in *Dolphin* that are copied verbatim from *JLS*. Compare, for example:

a) *JLS* (p. 13), where Bach writes that Jonathan **"narrowed his eyes in fierce concentration [and] <u>held his breath</u>,"** with *Dolphin* (p. 3), where Bambaren writes that Daniel was **"fighting hard to maintain an edge . . . <u>holding his breath</u>"**;



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

b) *JLS* (p. 14), where Bach writes that **"More than anything else, Jonathan Livingston Seagull loved to fly,"** with *Dolphin* (p. 4), where Bambaren writes that **"more than anything else, Daniel Dolphin loved to surf"**;

c) *JLS* (p. 14), where Bach writes **"This kind of thinking . . . is not the way to make one's self popular with other birds,"** with *Dolphin* (p. 4), where Bambaren writes that Daniel's **"way of thinking brought him problems with the pod"**;

d) *JLS* (p. 14), where Jonathan says **"'I just want to know what I can do in the air and what I can't, that's all,'"** with *Dolphin* (p. 6), where Daniel says **"'I just want to know what I can learn from the sea and surfing. That's all'"**;

e) *JLS* (p. 14), where Bach writes that **"Jonathan spent whole days alone, making hundreds of low-level glides,"** with *Dolphin* (p. 10), where Bambaren writes that Daniel **"spent whole days surfing the reef"**;

f) *JLS* (p. 21), where Jonathan thinks "I am **a seagull like every other**," with *Dolphin* (p. 70), where Bambaren writes that Daniel "knew he was **a dolphin like any other**";

g) *JLS* (p. 24), where Bach writes that Jonathan **"felt better for his decision,"** with *Dolphin* (p. 10), where Bambaren writes that **"Daniel felt good about his decision"**;

h) *JLS* (p. 25), where Bach writes that Jonathan's **"fear was under control,"** with *Dolphin* (p. 28), where Bambaren says that Daniel had **"his fear under control"**;

i) *JLS* (p. 26), where Bach writes that Jonathan's **"thought was triumph"** and *JLS* (p. 59) where he says **"there was victory in his voice,"** with *Dolphin* (p. 23), where Bambaren writes that **"there was triumph in [Daniel's] voice"**;

j) *JLS* (p. 34), where Jonathan thinks "I want only to **share what I've found**," with *Dolphin* (p. 69), where Bambaren writes that it was time for Daniel "to **share the truth he had found**";

k) *JLS* (p. 35), where Bach describes a seagull **"who finds and follows a meaning, a higher purpose for life,"** with *Dolphin* (p. 25), where Bambaren writes of a dolphin who tries **"to find a higher purpose in life,"** and *Dolphin* (p. 72), where he writes of Daniel's **"dream to find a higher purpose in life"**;

l) *JLS* (p. 36), where Bach says that Jonathan **"lived a long fine life indeed,"** with *Dolphin* (p. 75), where Bambaren says that **"Daniel Alexander Dolphin lived a long fine life"**;

m) *JLS* (p. 46), where Jonathan meets someone wise and then says, **"'Very well' . . . 'who are you?,'"** with *Dolphin* (p. 14), where Daniel hears a wise voice and he says, **"'Who are you?'"**;



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

n) *JLS* (p. 46), where Bach describes **"Jonathan gliding . . . through his beloved sky,"** with *Dolphin* (p. 36), where Bambaren describes **"Daniel Dolphin . . . traveling through his beloved sea"**;

o) *JLS* (p. 46), where Bach, describing words that Jonathan hears, says that **"The words were strong and calm,"** with *Dolphin* (p. 45), where Bambaren, describing words that Daniel hears, says that **"The words were strong and calm"**;

p) *JLS* (p. 46), where Bach writes that when Jonathan met the two skilled fliers **"Jonathan put them to his test,"** with *Dolphin* (p. 61), where Bambaren writes that when Daniel met the two skilled surfers **"Daniel Dolphin decided to put them to the test"**;

q) *JLS* (p. 47), where Jonathan is told **"you have learned. One school is finished, and the time has come for another to begin,"** with *Dolphin* (p. 14), where Daniel is told **"You have learned . . . and a new stage of life will now begin"**;

r) *JLS* (p. 47), where Bach writes that **"understanding lighted that moment for Jonathan Seagull,"** with *Dolphin* (p. 23), where Bambaren writes that **"understanding lit Daniel's heart"**;

s) *JLS* (p. 47), where Bach writes that **"Jonathan Livingston Seagull rose . . . to disappear into a perfect dark sky,"** and *JLS* (p. 46), where Bach writes that Jonathan was **"gliding peaceful and alone through his beloved sky,"** with *Dolphin* (p. 75), where Bambaren writes that **"Then one day [Daniel] disappeared into the vastness of his beloved sea"**;

t) *JLS* (p. 53), where Bach writes that **"In the days that followed, Jonathan saw that there was as much to learn about flight in this place as there had been in the life behind him,"** with *Dolphin* (p. 10), where Bambaren writes that **"Daniel learned fast in the days and weeks that followed,"** and *Dolphin* (p. 22), where he writes that **"Daniel tried in the days that followed to understand"**;

u) *JLS* (p. 54), where Bach writes that **"there is more to life than eating,"** with *Dolphin* (p. 4), where Bambaren writes that **"there was more to life than fishing,"** and *Dolphin* (p. 45), where he writes that **"there is more to life than to fish"**;

v) *JLS* (p. 58), where Bach writes **". . . Jonathan said, and a strange light glowed in his eyes,"** with *Dolphin* (p. 39), where Bambaren writes **". . . Daniel said, and a magical light shone in his eyes"**;

w) *JLS* (p. 61), where Bach writes **"these were the last words,"** with *Dolphin* (p. 33), where Bambaren writes **"Those were her last words"**;



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

x) *JLS* (p. 63), where Jonathan says **"If our friendship depends on things like space and time, then when we finally overcome space and time we've destroyed our own brotherhood!,"** with *Dolphin* (p. 68), where Bambaren writes ***"Some things will always be stronger than time and distance"***;

y) *JLS* (p. 65), where Bach writes **"the voice was very kind,"** with *Dolphin* (p. 15), where Bambaren writes **"with the kindest voice"**;

z) *JLS* (p. 65), where Bach writes **"There was no lying to this magnificent skillful being,"** with *Dolphin* (p. 38), where Bambaren writes **"There was no way Daniel could lie to this magnificent creature"**;

aa) *JLS* (p. 76), where Jonathan says **"'Everything that limits us we have to put aside. That's why all this high-speed practice,'"** with *Dolphin* (pp. 22-23), where Bambaren says that Daniel **"understood what all the practice . . . had been for"** and that **"In order to find the real purpose of his life, Daniel Dolphin had to set aside everything that limited him"**;

bb) *JLS* (pp. 77, 78 and 83), where Bach refers to **"the Law of the Flock,"** with *Dolphin* (p. 22), where Bambaren refers to **"the Law of the pod"**;

cc) *JLS* (p. 63), where Jonathan says **"I must go back,"** and *JLS* (p. 77), where Jonathan decides that **"the time had come to return to the Flock,"** with *Dolphin* (p. 69), where Daniel decides that **"it was time to go back"**;

dd) *JLS* (p. 82), where Jonathan is asked, **"'Are you saying I can fly?'"** with *Dolphin* (p. 41), where Daniel is asked, **"'Are you saying I can dream again?,'"** and *Dolphin* (p. 73), where he is asked, **"'Are you saying we can be as happy as you are?'"**;

ee) *JLS* (p. 83), where Jonathan answers, **"'I say you are free,'"** with *Dolphin* (p. 73), where Daniel answers, **"'I'm telling you that you can be as happy as you wish'"**;

ff) *JLS* (p. 83), where Jonathan is told, **"'You are special and gifted and divine, above other birds'"** with *Dolphin* (p. 71), where Daniel is told **"you're special"**;

gg) *JLS* (p. 83), where Jonathan answers, **"'No more than you are, no more than I am'"** with *Dolphin* (p. 69), where Bambaren writes that Daniel was **"a dolphin like any other"**;

hh) *JLS* (p. 90), where Jonathan's student, Fletcher Lynd Seagull, returns from the **"dead"** (**"He lives! He that was dead lives!"**) with *Dolphin* (p. 71), where Daniel Alexander Dolphin returns from the **"dead"** (**"Was that Daniel, the one lost on the outer reef? Wasn't he dead?"**);



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

ii) *JLS* (p. 91), where Jonathan, speaking to his prize student, says, "'**I remember a fierce young bird for instance, Fletcher Lynd Seagull . . . ready to fight the Flock,**'" with *Dolphin* (p. 6), where Daniel, speaking to his prize student, says, "'**I remember a young and strong Michael Dolphin, who could stare at the waves**'";

jj) *JLS* (p. 91), where Bach refers to a seagull "**building his own bitter hell,**" with *Dolphin* (p. 73), where Bambaren refers to "**building our own world of false treasures**";

kk) *JLS* (p. 92), where Jonathan urges his student to "**keep finding yourself . . . that real, unlimited Fletcher Seagull,**" with *Dolphin* (p. 81), where Bambaren writes that Daniel's student has "**discovered who he was, the real Michael Dolphin within himself**";

ll) *JLS* (93), where Bach writes of Jonathan that "**more than liked, he loved what it was he saw**" with *Dolphin* (p. 69), where Bambaren writes of Daniel that "**more than liking it, he *loved* what he saw,**" and *Dolphin* (p. 70), where Bambaren writes that Daniel "**loved what he saw**";

mm) *JLS* (p. 93), where Jonathan's student, Fletcher, says "'**Well then, the time's not distant when I'm going to appear out of thin air on your beach, and show you a thing or two about flying!**'" with *Dolphin* (p. 81), where Daniel's student, Michael says, "'**Well then . . . I will find you one day, Daniel, and I will teach you a thing or two about surfing!**'"

nn) *JLS* (p. 93), where Bach writes in the last sentence of the book, "**His race to learn had begun,**" with *Dolphin* (p. 75), where Bambaren writes in the last sentence of the book other than a two-page epilogue, that "**[T]heir journey to the land of dreams had begun.**"

## Bach's Discovery of *The Dolphin*

46. Bach first learned of Bambaren's work *The Dolphin* in October 2009, as the result of publicity surrounding the release of a new animated film based on *The Dolphin* that compared *The Dolphin* to *JLS*. Prior to October 2009, Bach had never heard of Bambaren or his work.

## Bambaren's False Statements About Purported Contacts with Bach

47. On his official blog, www.sergiobambarenblog.com, Bambaren was asked in early February 2009 to explain the uncanny similarities between *Dolphin* and *JLS*. In response, Bambaren wrote that he had met Bach and that Bach had invited him to Polynesia where, according to Bambaren, Bach lived. (www.sergiobambarenblog.com/?p=151) ("Cuando conocí



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

a Richard Bach, el cual me invitó a la Polinesia"). Bambaren said that Bach thanked him, Bambaren, for writing *Dolphin*. (*Id.*) ("me agradeció por haber escrito El Delfín")

48. Bambaren was also quoted in an article published in Lima in late January or early February 2009, as stating that "I wrote Bach a letter asking forgiveness but clarifying that it had not been my intention to make it similar." (www.ferialibrotrujillo.com/prens.php?id=32) ("[L]e escribí una carta pidiéndole disculpas pero aclarándole que no había sido mi intención hacerlo parecido"). As quoted in the article, Bambaren repeated his false statement that Bach "invited me to his house in Polynesia," which Bambaren said was "the only place that allows someone over 80 years old to fly." (*Id.*) ("Me invitó a su casa en la Polinesia – el único lugar donde permiten volar a alguien mayor de 80 años.") Bambaren was further quoted as stating that the "***great difference***" between his work and Bach's was simply that Bach's passion in *JLS* was for the air, whereas Bambaren's passion in *Dolphin* was for the sea. (*Id.*) ("[C]omprendí que su pasión por el aire era la misma que la mía por el mar. Ésa es la ***gran diferencia*** entre El Delfín y Juan Salvador Gaviota.") (Emphasis added.)

49. All of these statements by Bambaren are false. Bach has never spoken to Bambaren and had never heard of him or his work until October 2009, when Bach discovered Bambaren's infringement of *JLS*. Bach has never lived in or even visited Polynesia. Bach is less than 80 years old and he continues to fly avidly as a licensed pilot in the United States. Most importantly, Bach certainly never blessed, authorized or approved of Bambaren's infringements of the *JLS* copyrights.

**Animated Film and Other Derivative Works Based on *The Dolphin***

50. Bambaren's work, *The Dolphin*, was recently made into an animated film, also called *The Dolphin*, distributed by Twentieth Century Fox. The Spanish version of the *Dolphin* film was released in October 2009 and has been distributed throughout Latin America. The English version was released in the United States on December 11, 2009. The *Dolphin* film has been submitted for consideration for an Academy Award for best animated film in 2009.



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

Bambaren's work, *The Dolphin*, is also the basis for a sequel book by Bambaren, entitled *Dolphin II*.

51. Bambaren's profits from these derivative works are the result of his infringing book, *The Dolphin*, because they are adapted from it and it was a necessary and procuring cause of him obtaining his contracts for production, publication and distribution of these derivative works.

## V. CLAIMS FOR COPYRIGHT INFRINGEMENT

52. Bach realleges and incorporates by reference the allegations set forth above.

53. Bach holds the exclusive rights to copy *Jonathan Livingston Seagull* and/or to create, or to authorize others to create, derivative works such as *The Dolphin* copied and/or derived from *Jonathan Livingston Seagull*.

54. Bambaren's work, *The Dolphin*, published by Hay House in the United States and by other publishers in other countries, is substantially similar to *Jonathan Livingston Seagull* by reason of its use of the characters, theme, narrative arc, structure, format, plot, mood, setting, pace, detailed plot and story line, incidents, dialogue, and text of *Jonathan Livingston Seagull*, virtually point-by-point, and often word-for-word.

55. Bambaren's work, *The Dolphin*, published by Hay House in the United States and by other publishers in other countries, is an unauthorized derivative work of *Jonathan Livingston Seagull*.

56. Defendants have infringed Bach's exclusive copyright interest in *Jonathan Livingston Seagull* under the Copyright Act and any other applicable copyright law.

57. Defendants are jointly and severally liable for these copyright infringements of Bach's work, *Jonathan Livingston Seagull*, for all editions of *The Dolphin* published by Hay House and for all foreign editions licensed or sublicensed by or through Hay House.



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

58. Bambaren is further liable for these copyright infringements of Bach's work, *Jonathan Livingston Seagull*, for all foreign editions of *The Dolphin* published under separate contracts or licensing agreements not involving Hay House.

59. As a direct and proximate result of these intentional infringing acts, Bach has been injured and damaged in an amount presently unknown and to be determined by time of trial.

## VI. JURY DEMAND

60. Pursuant to Federal Rule of Civil Procedure 38(b), Bach demands a trial by jury as to all issues so triable in this action.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment as follows:

1. Declaring that Defendants' conduct alleged herein violates Plaintiff's exclusive rights under the Copyright Act, 17 U.S.C. § 101 *et seq*., and any other applicable copyright law, to copy and/or to create, or to authorize others to create, derivative works based on the work *Jonathan Livingston Seagull*;

2. Permanently enjoining Defendants, and each of them, and all persons acting at their direction or pursuant to their control, from publishing, advertising, selling or otherwise distributing or disseminating *The Dolphin* in or to the United States;

3. Ordering that Defendants destroy all copies of *The Dolphin* in their possession, custody or control;

4. Granting Plaintiff, at his election, actual damages and/or Defendants' direct and indirect profits, in an amount to be determined at trial, or statutory damages;

5. Granting Plaintiff prevailing party attorney's fees and related costs incurred in this action pursuant to 17 U.S.C. § 505 and any other applicable law; and

6. Granting Plaintiff such other and further relief as the Court deems just and proper.



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

DATED this 16th day of December, 2009.

Respectfully submitted,

PHILLIPS LAW GROUP, PLLC

By: [signature]
John W. Phillips, WSBA #12185
Matthew Geyman, WSBA #17544

Attorneys for Plaintiff Richard Bach



PHILLIPS LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
telephone (206) 382-1168
fax (206) 382-6168

# EXHIBIT A

FORM A

| CLASS | REGISTRATION NO. |
|---|---|
| AA | 188311 |
| | DO NOT WRITE HERE |

# Application for Registration of a Claim to Copyright

## in a published book manufactured in the United States of America

Instructions: Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 10 and the AFFIDAVIT (line 11) must be COMPLETED AND NOTARIZED. The application should not be submitted until after the date of publication given in line 4, and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

1. Copyright Claimant(s) and Address(es): Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name: Richard D. Bach

Address: 11 Route 7, Ottumwa, Iowa 52501

Name:

Address:

2. Title: JONATHAN LIVINGSTON SEAGULL by Richard Bach Photographs by Russell Munson

(Give the title of the book as it appears on the title page)

3. Authors: Citizenship and domicile information must be given. Where a work was made for hire, the employer is the author. The citizenship of organizations formed under U.S. Federal or State law should be stated as U.S.A. Authors may be editors, compilers, translators, illustrators, etc., as well as authors of original text. If the copyright claim is based on new matter (see line 5) give requested information about the author of the new matter.

Name: Richard D. Bach (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: USA (Name of country)

Domiciled in U.S.A. Yes X No Address: Route 7, Ottumwa, Iowa 52501

Name: Russell Munson (Give legal name followed by pseudonym if latter appears on the copies) Citizenship: USA (Name of country)

Domiciled in U.S.A. Yes X No Address: 6 East 39th St., New York, N.Y. 10016

Name: (Give legal name followed by pseudonym if latter appears on the copies) Citizenship (Name of country)

Domiciled in U.S.A. Yes No Address

4. Date of Publication of This Edition: Give the complete date when copies of this particular edition were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given. For further information, see page 4.

September 25, 1970
(Month) (Day) (Year)

(NOTE: Leave line 5 blank unless the following instructions apply to this work.)

5. New Matter in This Version: If any substantial part of this work has been previously published anywhere, give a brief, general statement of the nature of the new matter published for the first time in this version. New matter may consist of compilation, translation, abridgment, editorial revision, and the like, as well as additional text or pictorial matter.

NOTE: Leave line 6 blank unless there has been a PREVIOUS FOREIGN EDITION in the English language.

6. Book in English Previously Manufactured and Published Abroad: If all or a substantial part of the text of this edition was previously manufactured and published abroad in the English language, complete the following spaces:

Date of first publication of foreign edition ........ (Year)

Was registration for the foreign edition made in the U.S. Copyright Office? Yes ........ No ........

If your answer is "Yes," give registration number ........

EXAMINER

7. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

The Macmillan Company

8. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name The Macmillan Company Address 866 Third Ave., New York, N.Y. 10022

9. Send certificate to:

(Type or print name and address) Name The Macmillan Company
Address 866 Third Avenue (Number and street)
New York, New York 10022 (City) (State) (ZIP code)

10. Certification: (NOTE: Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

(Signature of copyright claimant or duly authorized agent)

11. Affidavit (required by law.) Instructions: (1) Fill in the blank spaces with special attention to those marked "(X)." (2) [illegible] the affidavit before an officer authorized to administer oaths within the United States, such as a notary public. (3) Have the officer [illegible] and seal the affidavit and fill in the date of execution.

NOTE: The affidavit must be signed and notarized only *on or after* the date of publication or completion of printing which it states. The affidavit *must* be signed by an individual.

STATE OF New York
COUNTY OF New York } ss:

I, the undersigned, depose and say that I am the:
☐ Person claiming copyright in the book described in this application;
☐ Duly authorized agent of the person or organization claiming copyright in the book described in this application;
☐ Printer of the book described in this application.

That the book was published or the printing was completed on: (X) September 25, 1970 (Give month, day, and year)

That, of the various processes employed in the production of the copies deposited, the setting of the type was performed within the limits of the United States or the making of the plates was performed within the limits of the United States from type set therein, or, if the lithographic or photoengraving processes used in producing the text were wholly performed within the limits of the United States, and that the printing of the text and the binding (if any) were also performed within the limits of the United States. That such type setting, platemaking, lithographic or photoengraving process, printing, and binding were performed by the following establishments or individuals at the following addresses:

(GIVE THE NAMES AND ADDRESSES OF THE PERSONS OR ORGANIZATIONS WHO PERFORMED SUCH TYPESETTING OR PLATEMAKING OR LITHOGRAPHIC PROCESS OR PHOTOENGRAVING PROCESS OR PRINTING AND BINDING)

| Names (X) | Addresses (X) |
|---|---|
| Linotech Printing Co. | New York, N.Y. |
| Murray Printing Co. | Wakefield, Mass. |
| Book Press | Brattleboro, Vermont |

(Signature of affiant)

(Sign and notarize only on or after date given above)

PLACE NOTARIAL SEAL HERE

Subscribed and sworn to before me this 9th day of October, 1970

Notary Public

(Signature of notary)

FOR COPYRIGHT OFFICE USE ONLY

Application and affidavit received OCT 19 1970

OCT 26 1970

785-843

# FORM RE
For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE



099065851

RE 785-843

EFFECTIVE DATE OF RENEWAL REGISTRATION

JUN 11 1998

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).

## 1

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼ (See Instructions)

1
Name: Richard Bach
Address: c/o Simon & Schuster, Inc. 1230 Avenue of the Americas, New York, N. Y. 10020
Claiming as: Author
(Use appropriate statement from instructions)

2
Name
Address
Claiming as

3
Name
Address
Claiming as

## 2

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼
Jonathan Livingston Seagull

RENEWABLE MATTER ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼

## 3

AUTHOR(S) OF RENEWABLE MATTER ▼
Richard D. Bach
Russell Munson

## 4

ORIGINAL REGISTRATION NUMBER ▼
A 188311

ORIGINAL COPYRIGHT CLAIMANT ▼
Richard D. Bach

ORIGINAL DATE OF COPYRIGHT

If the original registration for this work was made in published form, give:
DATE OF PUBLICATION 9-25-70
(Month) (Day) (Year)

OR

If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION:
(Month) (Day) (Year)

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
• See detailed instructions
• Sign the form at space 7.

DO NOT WRITE HERE
Page 1 of 2 pages

RENEWAL APPLICATION RECEIVED JUN. 11. 1998

FORM RE

CORRESPONDENCE ☐ YES

EXAMINED BY [signature]

CHECKED BY

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).**

**5**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

1 Title of Contribution: ........
Title of Periodical: ........ Vol: ........ No: ........ Issue Date: ........
Date of Publication: ........ (Month) (Day) (Year) Registration Number: ........

2 Title of Contribution: ........
Title of Periodical: ........ Vol: ........ No: ........ Issue Date: ........
Date of Publication: ........ (Month) (Day) (Year) Registration Number: ........

3 Title of Contribution: ........
Title of Periodical: ........ Vol: ........ No: ........ Issue Date: ........
Date of Publication: ........ (Month) (Day) (Year) Registration Number: ........

4 Title of Contribution: ........
Title of Periodical: ........ Vol: ........ No: ........ Issue Date: ........
Date of Publication: ........ (Month) (Day) (Year) Registration Number: ........

**6**

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of account.

Name Simon & Schuster Inc.

Account Number DA066001

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name Mable Jackson

Address 1633 Broadway - 6th floor (Apt)

New York, (City) NY (State) 10019-6785 (ZIP)

Area Code and Telephone Number ▶ (212) 654-7409

◀ Be sure to give your daytime phone number

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ☒ duly authorized agent of Richard Bach (Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Kathleen Nolan

Date ▼ 3-31-98

Handwritten signature (X) ▼ Kathleen Nolan

**8**

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼
Mable Jackson
SIMON & SCHUSTER INC.
Bach, Richard
Box 2045

Number/Street/Apt ▼
1633 BROADWAY - 6TH FLOOR

City/State/ZIP ▼
NEW YORK CITY, NY 10019-6785

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 7

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.